## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Barry Allen Evans                                    CHAPTER 13
       Karolyn Mae Evans

                                                       BKY. NO. 19-15235

                           Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                   Respectfully submitted,
                                  **/s/ Rebecca A. Solarz, Esq**
                                  Rebecca A Solarz, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322