#139 - Richard G. Wolfinger
Parts/Fred Beans P/Parts/Parts Sales
Voucher # (275117)
Pay Date: 09/06/2019
Pay Period: 08/18/2019-08/31/2019

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BIO | | | 50.00 | 200.00 |
| Bonus EO | | | | 56,507.00 |
| Bonus OT | | | | 2,290.00 |
| DRAW (Bo | | | | -14,450.00 |
| Draw | | | 850.00 | 15,300.00 |
| Holiday | | | | 320.00 |
| OT | 15.00 | 0.63 | 9.45 | 1,599.90 |
| Personal | | | | 80.00 |
| Regular | 10.00 | 73.46 | 734.60 | 13,808.70 |
| Vac | 57.03 | 8.00 | 456.24 | 3,165.36 |
| **Gross Pay** | | | **2,100.29** | **78,820.96** |

**Deductions**

| | Goal | Current | YTD |
|---|---|---|---|
| 401K Loan | 33,512.92 | 257.79 | 4,640.22 |
| AF Cancer Pre Tax | | 14.86 | 267.48 [1] |
| AF Ltd Pre Tax | | 75.16 | 1,154.11 [1] |
| Dent Pre Tax | | 25.09 | 490.23 [1] |
| Med FSA | | 103.84 | 1,844.16 [1] |
| Med Pre Tax | | 387.00 | 6,758.00 [1] |
| Sup Life Post Tax | | 56.08 | 1,009.44 |
| Vision Pre Tax | | 3.78 | 68.04 [1] |
| 401K Pre-tax | | 123.02 | 4,135.92 [2] |
| **Total** | | **1,046.62** | **20,367.60** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,317.54 | 63,903.02 | 54.06 | 10,034.10 |
| FICA | 1,440.56 | 68,038.94 | 89.31 | 4,218.41 |
| MEDI | 1,440.56 | 68,038.94 | 20.88 | 986.56 |
| SIT:PA | 1,440.56 | 68,038.94 | 44.23 | 2,088.84 |

-- More --

**Taxes Withheld - Continued**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| SUI:PA | 2,050.29 | 78,620.96 | 1.23 | 47.16 |
| Doylesto | 1,440.56 | 68,038.94 | | 52.00 |
| Doylesto | 1,440.56 | 68,038.94 | 14.41 | 680.40 |
| **Total** | | | **224.12** | **18,107.47** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **829.55** | **40,345.89** |
| Checking | 829.55 | 40,345.89 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| FUTA | | 42.00 |
| FICA | 89.31 | 4,218.41 |
| MEDI | 20.88 | 986.56 |
| SUTA:PA | | 302.28 |
| **Total** | **110.19** | **5,549.25** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 08/19/2019 | | 07:31a | 04:38p | 8.53 |
| Tue, 08/20/2019 | | 07:34a | 04:54p | 8.75 |
| Wed, 08/21/2019 | | 07:45a | 04:47p | 8.45 |
| Thu, 08/22/2019 | | 10:43a | 05:19p | 6.10 |
| Fri, 08/23/2019 | | 07:38a | 04:56p | 8.80 |
| Mon, 08/26/2019 | Vacation | | | 8.00 |
| Tue, 08/27/2019 | | 07:34a | 04:51p | 6.90 |
| Wed, 08/28/2019 | | 07:34a | 05:21p | 9.20 |
| Thu, 08/29/2019 | | 07:29a | 04:42p | 8.72 |
| Fri, 08/30/2019 | | 07:29a | 04:42p | 8.64 |

Fred Beans Parts, Inc 3960 Airport Blvd, Doylestown, PA 18902 1 of 2

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

**Pay Date:** **09/06/2019**
**Voucher #:** **(275117)**

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | T[illegible] | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXXXX) | [illegible] | 829.55 |

Parts/Fred Beans P/Parts/Parts Sales 139 09/06/2019 (275117)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales 139 09/06/2019 (275117)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

PERSONAL & CONFIDENTIAL

#139 - Richard G. Wolfinger
Parts/Fred Beans P/Parts/Parts Sales
Voucher # (272864)
Pay Date: 08/23/2019
Pay Period: 08/04/2019-08/17/2019

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BIO | | | 50.00 | 150.00 |
| Bonus EO | | | | 56,507.00 |
| Bonus OT | | | | 2,290.00 |
| DRAW (Bo | | | | -14,450.00 |
| Draw | | | 850.00 | 14,450.00 |
| Holiday | | | | 320.00 |
| OT | 15.00 | 2.57 | 38.55 | 1,590.45 |
| Personal | 10.00 | 4.00 | 40.00 | 80.00 |
| Regular | 10.00 | 79.51 | 795.10 | 13,074.10 |
| Vac | | | | 2,709.12 |
| **Gross Pay** | | | **1,773.65** | **76,720.67** |

**Deductions**

| | Goal | Current | YTD |
|---|---|---|---|
| 401K Loan | 33,512.92 | 257.79 | 4,382.43 |
| AF Cancer Pre Tax | | 14.86 | 252.62 [1] |
| AF Ltd Pre Tax | | 75.16 | 1,078.95 [1] |
| Dent Pre Tax | | 25.09 | 465.14 [1] |
| Med FSA | | 103.84 | 1,740.32 [1] |
| Med Pre Tax | | 387.00 | 6,371.00 [1] |
| Sup Life Post Tax | | 56.08 | 953.36 |
| Vision Pre Tax | | 3.78 | 64.26 [1] |
| 401K Pre-tax | | 103.42 | 4,012.90 [2] |
| **Total** | | **1,027.02** | **19,320.98** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,010.50 | 62,585.48 | 23.36 | 9,980.04 |
| FICA | 1,113.92 | 66,598.38 | 69.06 | 4,129.10 |
| MEDI | 1,113.92 | 66,598.38 | 16.16 | 965.68 |
| SIT:PA | 1,113.92 | 66,598.38 | 34.20 | 2,044.61 |

-- More --

**Taxes Withheld - Continued**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| SUI:PA | 1,723.65 | 76,570.67 | 1.03 | 45.93 |
| Doylesto | 1,113.92 | 66,598.38 | 2.00 | 52.00 |
| Doylesto | 1,113.92 | 66,598.38 | 11.14 | 665.99 |
| **Total** | | | **156.95** | **17,883.35** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **589.68** | **39,516.34** |
| Checkin | 589.68 | 39,516.34 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| FUTA | | 42.00 |
| FICA | 69.06 | 4,129.10 |
| MEDI | 16.16 | 965.68 |
| SUTA:PA | | 302.28 |
| **Total** | **85.22** | **5,439.06** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 08/05/2019 | | 07:30a | 04:32p | 8.53 |
| Tue, 08/06/2019 | | 07:34a | 04:31p | 8.45 |
| Wed, 08/07/2019 | | 07:27a | 04:33p | 8.60 |
| Thu, 08/08/2019 | | 07:32a | 04:30p | 8.47 |
| Fri, 08/09/2019 | | 07:33a | 04:34p | 8.52 |
| Mon, 08/12/2019 | | 07:32a | 12:00p | 4.47 |
| Mon, 08/12/2019 | Personal Hours | 01:00p | 05:00p | 4.00 |
| Tue, 08/13/2019 | | 07:34a | 04:39p | 8.58 |
| Wed, 08/14/2019 | | 07:28a | 04:56p | 9.08 |
| Thu, 08/15/2019 | | 07:30a | 04:42p | 8.70 |
| Fri, 08/16/2019 | | 07:43a | 04:54p | 8.68 |



**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

| **Pay Date:** | **08/23/2019** |
|---|---|
| **Voucher #:** | **(272864)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXXXXX | | 589.68 |

Parts/Fred Beans P/Parts/Parts Sales 139 08/23/2019 (272864)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales 139 08/23/2019 (272864)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

PERSONAL & CONFIDENTIAL

#139 - Richard G. Wolfinger
Parts/Fred Beans P/Parts/Parts Sales
Voucher # (270004)
Pay Date: 08/09/2019
Pay Period: 07/21/2019-08/03/2019

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BIO | | | 50.00 | 100.00 |
| Bonus EO | | | | 49,283.00 |
| Bonus OT | | | | 2,091.00 |
| DRAW (Bo | | | | -12,750.00 |
| Draw | | | 850.00 | 13,600.00 |
| Holiday | | | | 320.00 |
| OT | 15.00 | 7.80 | 117.00 | 1,551.90 |
| Personal | | | | 40.00 |
| Regular | 10.00 | 80.00 | 800.00 | 12,279.00 |
| Vac | | | | 2,709.12 |
| **Gross Pay** | | | **1,817.00** | **69,224.02** |

**Deductions**

| | Goal | Current | YTD | |
|---|---|---|---|---|
| 401K Loan | 33,512.92 | 257.79 | 4,124.64 | |
| AF Cancer Pre Tax | | 14.86 | 237.76 | 1 |
| AF Ltd Pre Tax | | 75.16 | 1,003.79 | 1 |
| Dent Pre Tax | | 25.09 | 440.05 | 1 |
| Med FSA | | 103.84 | 1,636.48 | 1 |
| Med Pre Tax | | 387.00 | 5,984.00 | 1 |
| Sup Life Post Tax | | 56.08 | 897.28 | |
| Vision Pre Tax | | 3.78 | 60.48 | 1 |
| 401K Pre-tax | | 106.02 | 3,566.10 | 2 |
| **Total** | | **1,029.62** | **17,950.58** | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,051.25 | 56,195.36 | 27.43 | 8,773.16 |
| FICA | 1,157.27 | 59,761.46 | 71.75 | 3,705.21 |
| MEDI | 1,157.27 | 59,761.46 | 16.78 | 866.54 |
| SIT:PA | 1,157.27 | 59,761.46 | 35.53 | 1,834.71 |
| -- More -- | | | | |

**Taxes Withheld - Continued**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| SUI:PA | 1,767.00 | 69,124.02 | 1.06 | 41.47 |
| Doylesto | 1,157.27 | 59,761.46 | 2.00 | 48.00 |
| Doylesto | 1,157.27 | 59,761.46 | 11.57 | 597.62 |
| **Total** | | | **166.12** | **15,866.71** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **621.26** | **35,406.73** |
| Checkin | 621.26 | 35,406.73 |

**Company Paid Benefits** 3

| | Current | YTD |
|---|---|---|
| FUTA | | 42.00 |
| FICA | 71.75 | 3,705.21 |
| MEDI | 16.78 | 866.54 |
| SUTA:PA | | 302.28 |
| **Total** | **88.53** | **4,916.03** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 07/22/2019 | | 07:32a | 04:40p | 8.64 |
| Tue, 07/23/2019 | | 07:33a | 04:40p | 8.62 |
| Wed, 07/24/2019 | | 07:31a | 05:15p | 9.23 |
| Thu, 07/25/2019 | | 07:38a | 04:39p | 9.02 |
| Fri, 07/26/2019 | | 07:40a | 04:55p | 8.25 |
| Mon, 07/29/2019 | | 07:32a | 04:45p | 8.67 |
| Tue, 07/30/2019 | | 07:38a | 04:47p | 8.65 |
| Wed, 07/31/2019 | | 07:32a | 05:10p | 9.13 |
| Thu, 08/01/2019 | | 07:32a | 04:44p | 8.70 |
| Fri, 08/02/2019 | | 07:35a | 04:58p | 8.89 |

Fred Beans Parts, Inc 3960 Airport Blvd, Doylestown, PA 18902 1 of 2

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

**Pay Date:** **08/09/2019**
**Voucher #:** **(270004)**

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXXXX | | 621.26 |

Parts/Fred Beans P/Parts/Parts Sales 139 08/09/2019 (270004)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales 139 08/09/2019 (270004)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

PERSONAL & CONFIDENTIAL

#139 - Richard G. Wolfinger | Voucher # (267361) | Pay Date: 07/26/2019
Parts/Fred Beans P/Parts/Parts Sales | Pay Period: 07/07/2019-07/20/2019

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BIO | | | 50.00 | 50.00 |
| Bonus EO | | | | 49,283.00 |
| Bonus OT | | | | 2,091.00 |
| DRAW (Bo | | | | -12,750.00 |
| Draw | | | 850.00 | 12,750.00 |
| Holiday | | | | 320.00 |
| OT | 15.00 | 3.98 | 59.70 | 1,434.90 |
| Personal | 10.00 | 4.00 | 40.00 | 40.00 |
| Regular | 10.00 | 80.00 | 800.00 | 11,479.00 |
| Vac | | | | 2,709.12 |
| **Gross Pay** | | | **1,799.70** | **67,407.02** |

**Deductions**

| | Goal | Current | YTD |
|---|---|---|---|
| 401K Loan | 33,512.92 | 257.79 | 3,866.85 |
| AF Cancer Pre Tax | | 14.86 | 222.90 [1] |
| AF Ltd Pre Tax | | 75.16 | 928.63 [1] |
| Dent Pre Tax | | 25.09 | 414.96 [1] |
| Med FSA | | 103.84 | 1,532.64 [1] |
| Med Pre Tax | | 387.00 | 5,597.00 [1] |
| Sup Life Post Tax | | 56.08 | 841.20 |
| Vision Pre Tax | | 3.78 | 56.70 [1] |
| 401K Pre-tax | | 104.98 | 3,460.08 [2] |
| **Total** | | **1,028.58** | **16,920.96** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,034.99 | 55,144.11 | 25.81 | 8,745.73 |
| FICA | 1,139.97 | 58,604.19 | 70.68 | 3,633.46 |
| MEDI | 1,139.97 | 58,604.19 | 16.53 | 849.76 |
| SIT:PA | 1,139.97 | 58,604.19 | 35.00 | 1,799.18 |

-- More --

**Taxes Withheld - Continued**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| SUI:PA | 1,749.70 | 67,357.02 | 1.05 | 40.41 |
| Doylesto | 1,139.97 | 58,604.19 | 2.00 | 46.00 |
| Doylesto | 1,139.97 | 58,604.19 | 11.40 | 586.05 |
| **Total** | | | **162.47** | **15,700.59** |

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **608.65** | **34,785.47** |
| | Checking | 608.65 | 34,785.47 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| FUTA | | 42.00 |
| FICA | 70.68 | 3,633.46 |
| MEDI | 16.53 | 849.76 |
| SUTA:PA | | 302.28 |
| **Total** | **87.21** | **4,827.50** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 07/08/2019 | | 07:28a | 05:01p | 9.05 |
| Tue, 07/09/2019 | | 07:33a | 01:00p | 5.45 |
| Tue, 07/09/2019 | Personal Hours | 01:00p | 05:00p | 4.00 |
| Wed, 07/10/2019 | | 07:29a | 05:08p | 9.15 |
| Thu, 07/11/2019 | | 07:38a | 04:35p | 8.45 |
| Fri, 07/12/2019 | | 07:40a | 04:36p | 8.43 |
| Mon, 07/15/2019 | | 07:30a | 04:38p | 8.63 |
| Tue, 07/16/2019 | | 07:40a | 05:04p | 8.90 |
| Wed, 07/17/2019 | | 07:26a | 04:44p | 8.80 |
| Thu, 07/18/2019 | | 07:32a | 04:43p | 8.69 |
| Fri, 07/19/2019 | | 07:30a | 04:42p | 8.43 |



**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

**Pay Date:** 07/26/2019
**Voucher #:** (267361)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXXXX | | 608.65 |

Parts/Fred Beans P/Parts/Parts Sales 139 07/26/2019 (267361)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales 139 07/26/2019 (267361)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

PERSONAL & CONFIDENTIAL

#139 - Richard G. Wolfinger
Parts/Fred Beans P/Parts/Parts Sales
Voucher # (264303)
Pay Date: 07/12/2019
Pay Period: 06/23/2019-07/06/2019

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Bonus EO | | | | 42,483.00 |
| Bonus OT | | | | 1,826.00 |
| DRAW (Bo | | | | -11,050.00 |
| Draw | | | 850.00 | 11,900.00 |
| Holiday | 10.00 | 8.00 | 80.00 | 320.00 |
| OT | 15.00 | 3.64 | 54.60 | 1,375.20 |
| Regular | 10.00 | 66.46 | 664.60 | 10,679.00 |
| Vac | 57.03 | 8.00 | 456.24 | 2,709.12 |
| **Gross Pay** | | | **2,105.44** | **60,242.32** |

**Deductions**

| | Goal | Current | YTD |
|---|---|---|---|
| 401K Loan | 33,512.92 | 257.79 | 3,609.06 |
| AF Cancer Pre Tax | | 14.86 | 208.04 [1] |
| AF Ltd Pre Tax | | 75.16 | 853.47 [1] |
| Dent Pre Tax | | 25.09 | 389.87 [1] |
| Med FSA | | 103.84 | 1,428.80 [1] |
| Med Pre Tax | | 387.00 | 5,210.00 [1] |
| Sup Life Post Tax | | 56.08 | 785.12 |
| Vision Pre Tax | | 3.78 | 52.92 [1] |
| 401K Pre-tax | | 126.33 | 3,033.20 [2] |
| **Total** | | **1,049.93** | **15,570.48** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,369.38 | 49,066.02 | 59.25 | 7,610.44 |
| FICA | 1,495.71 | 52,099.22 | 92.73 | 3,230.15 |
| MEDI | 1,495.71 | 52,099.22 | 21.69 | 755.44 |
| SIT:PA | 1,495.71 | 52,099.22 | 45.92 | 1,599.47 |
| SUI:PA | 2,105.44 | 60,242.32 | 1.26 | 36.14 |
| Doylesto | 1,495.71 | 52,099.22 | 2.00 | 42.00 |

-- More --

**Taxes Withheld - Continued**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Doylesto | 1,495.71 | 52,099.22 | 14.96 | 521.00 |
| **Total** | | | **237.81** | **13,794.64** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **817.70** | **30,877.20** |
| Checking | 817.70 | 30,877.20 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| FUTA | | 42.00 |
| FICA | 92.73 | 3,230.15 |
| MEDI | 21.69 | 755.44 |
| SUTA:PA | | 302.28 |
| **Total** | **114.42** | **4,329.87** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 06/24/2019 | | 07:34a | 04:48p | 8.48 |
| Tue, 06/25/2019 | | 07:22a | 04:28p | 8.60 |
| Wed, 06/26/2019 | | 07:32a | 05:09p | 9.12 |
| Thu, 06/27/2019 | | 07:29a | 05:01p | 9.04 |
| Fri, 06/28/2019 | | 07:29a | 04:23p | 8.40 |
| Mon, 07/01/2019 | | 07:30a | 04:48p | 8.40 |
| Tue, 07/02/2019 | | 07:25a | 04:54p | 8.98 |
| Wed, 07/03/2019 | | 07:30a | 05:05p | 9.08 |
| Thu, 07/04/2019 | Holiday | | | 8.00 |
| Fri, 07/05/2019 | Vacation | | | 8.00 |

Fred Beans Parts, Inc 3960 Airport Blvd, Doylestown, PA 18902

1 of 2

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

**Pay Date: 07/12/2019**
**Voucher #: (264303)**

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXXXXX | | |

Parts/Fred Beans P/Parts/Parts Sales 139 07/12/2019 (264303)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales 139 07/12/2019 (264303)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

PERSONAL & CONFIDENTIAL

#139 - Richard G. Wolfinger
Parts/Fred Beans P/Parts/Parts Sales
Voucher # (261778)
Pay Date: 06/28/2019
Pay Period: 06/09/2019-06/22/2019

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Bonus EO | | | | 42,483.00 |
| Bonus OT | | | | 1,826.00 |
| DRAW (Bo | | | | -11,050.00 |
| Draw | | | 850.00 | 11,050.00 |
| Holiday | | | | 240.00 |
| OT | 15.00 | 4.40 | 66.00 | 1,320.60 |
| Regular | 10.00 | 75.97 | 759.70 | 10,014.40 |
| Vac | 57.03 | 8.00 | 456.24 | 2,252.88 |
| **Gross Pay** | | | **2,131.94** | **58,136.88** |

**Deductions**

| | Goal | Current | YTD |
|---|---|---|---|
| 401K Loan | 33,512.92 | 257.79 | 3,351.27 |
| AF Cancer Pre Tax | | 14.86 | 193.18 [1] |
| AF Ltd Pre Tax | | 59.87 | 778.31 [1] |
| Dent Pre Tax | | 28.06 | 364.78 [1] |
| Med FSA | | 101.92 | 1,324.96 [1] |
| Med Pre Tax | | 371.00 | 4,823.00 [1] |
| Sup Life Post Tax | | 56.08 | 729.04 |
| Vision Pre Tax | | 3.78 | 49.14 [1] |
| 401K Pre-tax | | 106.60 | 2,906.87 [2] |
| **Total** | | **999.96** | **14,520.55** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,445.85 | 47,696.64 | 66.89 | 7,551.19 |
| FICA | 1,552.45 | 50,603.51 | 96.25 | 3,137.42 |
| MEDI | 1,552.45 | 50,603.51 | 22.51 | 733.75 |
| SIT:PA | 1,552.45 | 50,603.51 | 47.66 | 1,553.55 |
| SUI:PA | 2,131.94 | 58,136.88 | 1.28 | 34.88 |
| Doylesto | 1,552.45 | 50,603.51 | 2.00 | 40.00 |

-- More --

**Taxes Withheld - Continued**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Doylesto | 1,552.45 | 50,603.51 | 15.52 | 506.04 |
| **Total** | | | **252.11** | **13,556.83** |
| **Net Pay** | | | **879.87** | **30,059.50** |
| Checking | | | 879.87 | 30,059.50 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| FUTA | | 42.00 |
| FICA | 96.25 | 3,137.42 |
| MEDI | 22.51 | 733.75 |
| SUTA:PA | | 302.28 |
| **Total** | **118.76** | **4,215.45** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 06/10/2019 | | 07:30a | 05:15p | 9.17 |
| Tue, 06/11/2019 | | 07:27a | 04:50p | 8.80 |
| Wed, 06/12/2019 | | 07:32a | 04:58p | 8.75 |
| Thu, 06/13/2019 | | 07:30a | 04:48p | 8.72 |
| Fri, 06/14/2019 | | 07:31a | 05:04p | 8.96 |
| Mon, 06/17/2019 | | 07:36a | 05:18p | 9.12 |
| Tue, 06/18/2019 | | 07:44a | 05:21p | 9.04 |
| Wed, 06/19/2019 | | 07:49a | 05:14p | 8.83 |
| Thu, 06/20/2019 | | 07:32a | 05:11p | 8.98 |
| Fri, 06/21/2019 | Vacation | | | 8.00 |

Fred Beans Parts, Inc 3960 Airport Blvd, Doylestown, PA 18902

1 of 2

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

| **Pay Date:** | **06/28/2019** |
|---|---|
| **Voucher #:** | **(261778)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXXX) | ----- | 879.87 |

Parts/Fred Beans P/Parts/Parts Sales 139 06/28/2019 (261778)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales 139 06/28/2019 (261778)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

PERSONAL & CONFIDENTIAL



**#139 - Richard G. Wolfinger** | **Voucher # (258964)** | **Pay Date: 06/14/2019**
**Parts/Fred Beans P/Parts/Parts Sales** | **Pay Period: 05/26/2019-06/08/2019**

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Bonus EO | | | | 34,949.00 |
| Bonus OT | | | | 1,571.00 |
| DRAW (Bo | | | | -8,500.00 |
| Draw | | | 850.00 | 10,200.00 |
| Holiday | 10.00 | 8.00 | 80.00 | 240.00 |
| OT | 15.00 | 3.28 | 49.20 | 1,254.60 |
| Regular | 10.00 | 75.33 | 753.30 | 9,254.70 |
| Vac | | | | 1,796.64 |
| **Gross Pay** | | | **1,732.50** | **50,765.94** |

**Deductions**

| | Goal | Current | YTD |
|---|---|---|---|
| 401K Loan | 33,512.92 | 257.79 | 3,093.48 |
| AF Cancer Pre Tax | | 14.86 | 178.32 [1] |
| AF Ltd Pre Tax | | 59.87 | 718.44 [1] |
| Dent Pre Tax | | 28.06 | 336.72 [1] |
| Med FSA | | 101.92 | 1,223.04 [1] |
| Med Pre Tax | | 371.00 | 4,452.00 [1] |
| Sup Life Post Tax | | 56.08 | 672.96 |
| Vision Pre Tax | | 3.78 | 45.36 [1] |
| 401K Pre-tax | | 86.63 | 2,538.32 [2] |
| **Total** | | **979.99** | **13,258.64** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,066.38 | 41,273.74 | 28.95 | 6,389.35 |
| FICA | 1,153.01 | 43,812.06 | 71.49 | 2,716.35 |
| MEDI | 1,153.01 | 43,812.06 | 16.71 | 635.27 |
| SIT:PA | 1,153.01 | 43,812.06 | 35.40 | 1,345.05 |
| SUI:PA | 1,732.50 | 50,765.94 | 1.04 | 30.46 |
| Doylesto | 1,153.01 | 43,812.06 | 2.00 | 36.00 |

-- More --

**Taxes Withheld - Continued**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Doylesto | 1,153.01 | 43,812.06 | 11.53 | 438.13 |
| **Total** | | | **167.12** | **11,590.61** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **585.39** | **25,916.69** |
| Checkin[illegible] | 585.39 | 25,916.69 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| FUTA | | 42.00 |
| FICA | 71.49 | 2,716.35 |
| MEDI | 16.71 | 635.27 |
| SUTA:PA | | 302.28 |
| **Total** | **88.20** | **3,695.90** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 05/27/2019 | Holiday | | | 8.00 |
| Tue, 05/28/2019 | | 07:27a | 04:48p | 8.85 |
| Wed, 05/29/2019 | | 07:44a | 04:48p | 8.57 |
| Thu, 05/30/2019 | | 07:30a | 04:47p | 8.78 |
| Fri, 05/31/2019 | | 07:21a | 04:59p | 9.13 |
| Mon, 06/03/2019 | | 07:36a | 04:54p | 8.80 |
| Tue, 06/04/2019 | | 07:25a | 04:45p | 8.83 |
| Wed, 06/05/2019 | | 07:27a | 04:37p | 8.67 |
| Thu, 06/06/2019 | | 07:27a | 04:43p | 8.77 |
| Fri, 06/07/2019 | | 07:25a | 04:08p | 8.21 |

Fred Beans Parts, Inc 3960 Airport Blvd, Doylestown, PA 18902 — 1 of 2

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

| **Pay Date:** | **06/14/2019** |
|---|---|
| **Voucher #:** | **(258964)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXXXXXX | | 585.39 |

Parts/Fred Beans P/Parts/Parts Sales 139 06/14/2019 (258964)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales 139 06/14/2019 (258964)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**PERSONAL & CONFIDENTIAL**



#139 - Richard G. Wolfinger
Parts/Fred Beans P/Parts/Parts Sales
Voucher # (264679)
Pay Date: 07/15/2019
Pay Period: 06/01/2019-06/30/2019

**Earnings**

| | Current | YTD |
|---|---|---|
| Bonus EOM | 6,800.00 | 49,283.00 |
| Bonus OT | 265.00 | 2,091.00 |
| DRAW (Bonus Payroll) | -1,700.00 | -12,750.00 |
| Draw | | 11,900.00 |
| Holiday | | 320.00 |
| OT | | 1,375.20 |
| Regular | | 10,679.00 |
| Vac | | 2,709.12 |
| **Gross Pay** | **5,365.00** | **65,607.32** |

**Deductions**

| | Goal | Current | YTD |
|---|---|---|---|
| 401K Loan | 33,512.92 | | 3,609.06 |
| AF Cancer Pre Tax | | | 208.04 [1] |
| AF Ltd Pre Tax | | | 853.47 [1] |
| Dent Pre Tax | | | 389.87 [1] |
| Med FSA | | | 1,428.80 [1] |
| Med Pre Tax | | | 5,210.00 [1] |
| Sup Life Post Tax | | | 785.12 |
| Vision Pre Tax | | | 52.92 [1] |
| 401K Pre-tax | | 321.90 | 3,355.10 [2] |
| **Total** | | **321.90** | **15,892.38** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 5,043.10 | 54,109.12 | 1,109.48 | 8,719.92 |
| FICA | 5,365.00 | 57,464.22 | 332.63 | 3,562.78 |
| MEDI | 5,365.00 | 57,464.22 | 77.79 | 833.23 |
| SIT:PA | 5,365.00 | 57,464.22 | 164.71 | 1,764.18 |
| SUI:PA | 5,365.00 | 65,607.32 | 3.22 | 39.36 |
| Doylesto | 5,365.00 | 57,464.22 | 2.00 | 44.00 |

-- More --

**Taxes Withheld - Continued**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Doylesto | 5,365.00 | 57,464.22 | 53.65 | 574.65 |
| **Total** | | | **1,743.48** | **15,538.12** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **3,299.62** | **34,176.82** |
| Checkin. | 3,299.62 | 34,176.82 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| FUTA | | 42.00 |
| FICA | 332.63 | 3,562.78 |
| MEDI | 77.79 | 833.23 |
| SUTA:PA | | 302.28 |
| **Total** | **410.42** | **4,740.29** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 06/03/2019 | | 07:36a | 04:54p | 8.80 |
| Tue, 06/04/2019 | | 07:25a | 04:45p | 8.83 |
| Wed, 06/05/2019 | | 07:27a | 04:37p | 8.67 |
| Thu, 06/06/2019 | | 07:27a | 04:43p | 8.77 |
| Fri, 06/07/2019 | | 07:25a | 04:08p | 8.21 |
| Mon, 06/10/2019 | | 07:30a | 05:15p | 9.17 |
| Tue, 06/11/2019 | | 07:27a | 04:50p | 8.80 |
| Wed, 06/12/2019 | | 07:32a | 04:58p | 8.75 |
| Thu, 06/13/2019 | | 07:30a | 04:48p | 8.72 |
| Fri, 06/14/2019 | | 07:31a | 05:04p | 8.96 |
| Mon, 06/17/2019 | | 07:36a | 05:18p | 9.12 |
| Tue, 06/18/2019 | | 07:44a | 05:21p | 9.04 |
| Wed, 06/19/2019 | | 07:49a | 05:14p | 8.83 |

-- More --

Fred Beans Parts, Inc 3960 Airport Blvd, Doylestown, PA 18902

1 of 2

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

**Pay Date:** 07/15/2019
**Voucher #:** (264679)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXXXXX | | 3,299.62 |

Parts/Fred Beans P/Parts/Parts Sales 139 07/15/2019 (264679)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales 139 07/15/2019 (264679)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

PERSONAL & CONFIDENTIAL

**#139 - Richard G. Wolfinger** — Voucher # (264679) — **Pay Date: 07/15/2019**
**Parts/Fred Beans P/Parts/Parts Sales** — **Pay Period: 06/01/2019-06/30/2019**

**Timesheet - Continued**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Thu, 06/20/2019 | | 07:32a | 05:11p | 8.98 |
| Fri, 06/21/2019 | Vacation | | | 8.00 |
| Mon, 06/24/2019 | | 07:34a | 04:48p | 8.48 |
| Tue, 06/25/2019 | | 07:22a | 04:28p | 8.60 |
| Wed, 06/26/2019 | | 07:32a | 05:09p | 9.12 |
| Thu, 06/27/2019 | | 07:29a | 05:01p | 9.04 |
| Fri, 06/28/2019 | | 07:29a | 04:23p | 8.40 |

1 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
2 Reduces your Federal Witholding and New Jersey State Taxable Wage
3 For information purposes only. No effect on your net pay.



**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales 139 07/15/2019 (264679)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales 139 07/15/2019 (264679)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**PERSONAL & CONFIDENTIAL**