

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

| Pay Date: | 11/01/2019 |
|---|---|
| Voucher #: | (285369) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXXXX |  | 658.99 |

Parts/Fred Beans P/Parts/Parts Sales   139   11/01/2019   (285369)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales   139   11/01/2019   (285369)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**PERSONAL & CONFIDENTIAL**



| #139 - Richard G. Wolfinger | | | Voucher # (283656) | | | | Pay Date: 10/18/2019 |
| Parts/Fred Beans P/Parts/Parts Sales | | | | | | | Pay Period: 09/29/2019-10/12/2019 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BIO | | | 50.00 | 350.00 |
| Bonus EO | | | | 72,192.00 |
| Bonus OT | | | | 2,635.00 |
| DRAW (Bo | | | | -17,850.00 |
| Draw | | | 850.00 | 17,850.00 |
| Holiday | | | | 400.00 |
| OT | 15.00 | 8.49 | 127.35 | 1,846.35 |
| Personal | | | | 80.00 |
| Regular | 10.00 | 73.90 | 739.00 | 16,022.20 |
| Vac | 57.03 | 8.00 | 456.24 | 4,077.84 |
| **Gross Pay** | | | **2,222.59** | **97,603.39** |

### Deductions

| | Goal | Current | YTD | |
|---|---|---|---|---|
| 401K Loan | 33,512.92 | 257.79 | 5,413.59 | |
| AF Cancer Pre Tax | | 14.86 | 312.06 | [1] |
| AF Ltd Pre Tax | | 75.16 | 1,379.59 | [1] |
| Dent Pre Tax | | 25.09 | 565.50 | [1] |
| Med FSA | | 103.84 | 2,155.68 | [1] |
| Med Pre Tax | | 387.00 | 7,919.00 | [1] |
| Sup Life Post Tax | | 56.08 | 1,177.68 | |
| Vision Pre Tax | | 3.78 | 79.38 | [1] |
| 401K Pre-tax | | 130.36 | 5,253.87 | [2] |
| **Total** | | **1,053.96** | **24,256.35** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,432.50 | 79,588.31 | 65.56 | 12,794.22 |
| FICA | 1,562.86 | 84,842.18 | 96.90 | 5,260.22 |
| MEDI | 1,562.86 | 84,842.18 | 22.66 | 1,230.21 |
| SIT:PA | 1,562.86 | 84,842.18 | 47.98 | 2,604.70 |
| -- More -- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| SUI:PA | 2,172.59 | 97,253.39 | 1.30 | 58.33 |
| Doylesto | 1,562.86 | 84,842.18 | | 52.00 |
| Doylesto | 1,562.86 | 84,842.18 | 15.63 | 848.43 |
| **Total** | | | **250.03** | **22,848.11** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| | | **918.60** | **50,498.93** |
| Checking (3361) | | 918.60 | 50,498.93 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| FUTA | | 42.00 |
| FICA | 96.90 | 5,260.22 |
| MEDI | 22.66 | 1,230.21 |
| SUTA:PA | | 302.28 |
| **Total** | **119.56** | **6,834.71** |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 09/30/2019 | | 07:33a | 05:15p | 9.03 |
| Tue, 10/01/2019 | | 07:35a | 05:00p | 8.92 |
| Wed, 10/02/2019 | | 07:30a | 05:10p | 9.00 |
| Thu, 10/03/2019 | | 07:23a | 05:11p | 9.14 |
| Fri, 10/04/2019 | | 07:33a | 04:31p | 8.30 |
| Sat, 10/05/2019 | | 07:56a | 12:02p | 4.10 |
| Mon, 10/07/2019 | | 07:30a | 04:35p | 8.10 |
| Tue, 10/08/2019 | Vacation | | | 8.00 |
| Wed, 10/09/2019 | | 07:33a | 04:34p | 8.35 |
| Thu, 10/10/2019 | | 07:32a | 04:47p | 8.75 |
| Fri, 10/11/2019 | | 07:32a | 04:44p | 8.70 |

Fred Beans Parts, Inc 3960 Airport Blvd, Doylestown, PA 18902          1 of 2

---

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

| Pay Date: | 10/18/2019 |
|---|---|
| Voucher #: | (283656) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | X.... | | 918.60 |

Parts/Fred Beans P/Parts/Parts Sales   139   10/18/2019   (283656)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales   139   10/18/2019   (283656)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**PERSONAL & CONFIDENTIAL**

| #139 - Richard G. Wolfinger | | | Voucher # (281680) | | | Pay Date: 10/15/2019 |
|---|---|---|---|---|---|---|
| Parts/Fred Beans P/Parts/Parts Sales | | | | | | Pay Period: 09/01/2019-09/30/2019 |

### Earnings

| | Current | YTD |
|---|---|---|
| BIO | | 300.00 |
| Bonus EOM | 6,734.00 | 72,192.00 |
| Bonus OT | 161.00 | 2,635.00 |
| DRAW (Bonus Payroll) | -1,700.00 | -17,850.00 |
| Draw | | 17,000.00 |
| Holiday | | 400.00 |
| OT | | 1,719.00 |
| Personal | | 80.00 |
| Regular | | 15,283.20 |
| Vac | | 3,621.60 |
| **Gross Pay** | **5,195.00** | **95,380.80** |

### Deductions

| | Goal | Current | YTD | |
|---|---|---|---|---|
| 401K Loan | 33,512.92 | | 5,155.80 | |
| AF Cancer Pre Tax | | | 297.20 | 1 |
| AF Ltd Pre Tax | | | 1,304.43 | 1 |
| Dent Pre Tax | | | 540.41 | 1 |
| Med FSA | | | 2,051.84 | 1 |
| Med Pre Tax | | | 7,532.00 | 1 |
| Sup Life Post Tax | | | 1,121.60 | |
| Vision Pre Tax | | | 75.60 | 1 |
| 401K Pre-tax | | 311.70 | 5,123.51 | 2 |
| **Total** | | **311.70** | **23,202.39** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 4,883.30 | 78,155.81 | 1,074.33 | 12,728.66 |
| FICA | 5,195.00 | 83,279.32 | 322.09 | 5,163.32 |
| MEDI | 5,195.00 | 83,279.32 | 75.33 | 1,207.55 |
| SIT:PA | 5,195.00 | 83,279.32 | 159.49 | 2,556.72 |
| -- More -- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| SUI:PA | 5,195.00 | 95,080.80 | 3.12 | 57.03 |
| Doylesto | 5,195.00 | 83,279.32 | | 52.00 |
| Doylesto | 5,195.00 | 83,279.32 | 51.95 | 832.80 |
| **Total** | | | **1,686.31** | **22,598.08** |

| **Net Pay** | | | **3,196.99** | **49,580.33** |
|---|---|---|---|---|
| Checking (3361) | | | 3,196.99 | 49,580.33 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| FUTA | | 42.00 |
| FICA | 322.09 | 5,163.32 |
| MEDI | 75.33 | 1,207.55 |
| SUTA:PA | | 302.28 |
| **Total** | **397.42** | **6,715.15** |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 09/02/2019 | Holiday | | | 8.00 |
| Tue, 09/03/2019 | | 07:34a | 01:58p | 6.40 |
| Wed, 09/04/2019 | | 07:31a | 04:50p | 8.81 |
| Thu, 09/05/2019 | | 07:25a | 04:48p | 8.88 |
| Fri, 09/06/2019 | | 07:36a | 04:52p | 8.72 |
| Mon, 09/09/2019 | | 07:32a | 04:50p | 8.80 |
| Tue, 09/10/2019 | | 07:34a | 04:54p | 8.83 |
| Wed, 09/11/2019 | | 07:53a | 04:49p | 8.44 |
| Thu, 09/12/2019 | | 07:32a | 04:38p | 8.60 |
| Fri, 09/13/2019 | | 07:35a | 04:40p | 8.59 |
| Mon, 09/16/2019 | | 07:28a | 04:53p | 8.90 |
| -- More -- | | | | |

Fred Beans Parts, Inc 3960 Airport Blvd, Doylestown, PA 18902                    1 of 2

---

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

| Pay Date: | 10/15/2019 |
|---|---|
| Voucher #: | (281680) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXX | | 3,196.99 |

Parts/Fred Beans P/Parts/Parts Sales   139   10/15/2019   (281680)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

---

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales   139   10/15/2019   (281680)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**PERSONAL & CONFIDENTIAL**



| #139 - Richard G. Wolfinger | | | | Voucher # (280674) | | | Pay Date: 10/04/2019 |
| Parts/Fred Beans P/Parts/Parts Sales | | | | | | | Pay Period: 09/15/2019-09/28/2019 |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BIO | | | 50.00 | 300.00 |
| Bonus EO | | | | 65,458.00 |
| Bonus OT | | | | 2,474.00 |
| DRAW (Bo | | | | -16,150.00 |
| Draw | | | 850.00 | 17,000.00 |
| Holiday | | | | 400.00 |
| OT | 15.00 | 4.68 | 70.20 | 1,719.00 |
| Personal | | | | 80.00 |
| Regular | 10.00 | 74.64 | 746.40 | 15,283.20 |
| Vac | 57.03 | 8.00 | 456.24 | 3,621.60 |
| **Gross Pay** | | | **2,172.84** | **90,185.80** |

**Deductions**

| | Goal | Current | YTD | |
|---|---|---|---|---|
| 401K Loan | 33,512.92 | 257.79 | 5,155.80 | |
| AF Cancer Pre Tax | | 14.86 | 297.20 | [1] |
| AF Ltd Pre Tax | | 75.16 | 1,304.43 | [1] |
| Dent Pre Tax | | 25.09 | 540.41 | [1] |
| Med FSA | | 103.84 | 2,051.84 | [1] |
| Med Pre Tax | | 387.00 | 7,532.00 | [1] |
| Sup Life Post Tax | | 56.08 | 1,121.60 | |
| Vision Pre Tax | | 3.78 | 75.60 | [1] |
| 401K Pre-tax | | 127.37 | 4,811.81 | [2] |
| **Total** | | **1,050.97** | **22,890.69** | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,385.74 | 73,272.51 | 60.88 | 11,654.33 |
| FICA | 1,513.11 | 78,084.32 | 93.81 | 4,841.23 |
| MEDI | 1,513.11 | 78,084.32 | 21.94 | 1,132.22 |
| SIT:PA | 1,513.11 | 78,084.32 | 46.45 | 2,397.23 |
| -- More -- | | | | |

**Taxes Withheld - Continued**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| SUI:PA | 2,122.84 | 89,885.80 | 1.27 | 53.91 |
| Doylesto | 1,513.11 | 78,084.32 | | 52.00 |
| Doylesto | 1,513.11 | 78,084.32 | 15.13 | 780.85 |
| **Total** | | | **239.48** | **20,911.77** |

**Net Pay**

| | | | Current | YTD |
|---|---|---|---|---|
| | | | 882.39 | 46,383.34 |
| Checking (3361) | | | 882.39 | 46,383.34 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| FUTA | | 42.00 |
| FICA | 93.81 | 4,841.23 |
| MEDI | 21.94 | 1,132.22 |
| SUTA:PA | | 302.28 |
| **Total** | **115.75** | **6,317.73** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 09/16/2019 | | 07:28a | 04:53p | 8.90 |
| Tue, 09/17/2019 | | 07:35a | 04:53p | 8.80 |
| Wed, 09/18/2019 | | 07:33a | 05:24p | 9.35 |
| Thu, 09/19/2019 | | 07:34a | 04:48p | 8.73 |
| Fri, 09/20/2019 | | 07:24a | 04:48p | 8.90 |
| Mon, 09/23/2019 | | 07:32a | 04:54p | 8.70 |
| Tue, 09/24/2019 | | 07:30a | 04:41p | 8.52 |
| Wed, 09/25/2019 | | 07:30a | 04:45p | 8.58 |
| Thu, 09/26/2019 | | 07:32a | 05:02p | 8.84 |
| Fri, 09/27/2019 | Vacation | | | 8.00 |

Fred Beans Parts, Inc 3960 Airport Blvd, Doylestown, PA 18902          1 of 2

---

**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

| Pay Date: | 10/04/2019 |
|---|---|
| Voucher #: | (280674) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXXX) | | 882.39 |

Parts/Fred Beans P/Parts/Parts Sales   139   10/04/2019   (280674)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales   139   10/04/2019   (280674)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**PERSONAL & CONFIDENTIAL**



**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Pay Date: 09/20/2019
Voucher #: (277942)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard G. Wolfinger | 1 | Checking | XXXXXX> | | 579.56 |

Parts/Fred Beans P/Parts/Parts Sales  139  09/20/2019  (277942)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

1
**Fred Beans Parts, Inc**
3960 Airport Blvd
Doylestown, PA 18902

Parts/Fred Beans P/Parts/Parts Sales  139  09/20/2019  (277942)

**Richard G. Wolfinger**
83 Gridiron Road
Levittown, PA 19057

**PERSONAL & CONFIDENTIAL**