# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Elliot Rosenthal<br>         Richard Wolfinger-Rosenthal<br>                         Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>                         Movant<br>              vs. | NO. 19-15469 MDC |
| Elliot Rosenthal<br>Richard Wolfinger-Rosenthal<br>                         Debtor(s) | |
| William C. Miller Esq.<br>                         Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **December 9, 2019, docket number 23**.

                              Respectfully submitted,

                        By: **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322
                              Attorney for Movant/Applicant

January 23, 2020