**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 19-15469-MDC

RICHARD WOLFINGER-ROSENTHAL
ELLIOT ROSENTHAL
83 GRIDIRON ROAD

LEVITTOWN, PA 19057-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RICHARD WOLFINGER-ROSENTHAL
    ELLIOT ROSENTHAL
    83 GRIDIRON ROAD

    LEVITTOWN, PA 19057-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                            /S/ Kenneth E. West

Date: 2/2/2023                    _____

                                           Kenneth E. West, Esquire
                                           Chapter 13 Standing Trustee