Certificate Number: 03621-PAE-DE-033642512

Bankruptcy Case Number: 19-15469



03621-PAE-DE-033642512

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 3, 2019</u>, at <u>8:05</u> o'clock <u>PM EST</u>, <u>Richard G Wolfinger-Rosenthal</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 3, 2019</u>          By:    <u>/s/Damaris Soto</u>

                                        Name:  <u>Damaris Soto</u>

                                        Title: <u>Credit Counselor</u>

Certificate Number: 03621-PAE-DE-033642517

Bankruptcy Case Number: 19-15469



03621-PAE-DE-033642517

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2019, at 7:54 o'clock PM EST, Elliott L Rosenthal completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 3, 2019          By:   /s/Damaris Soto

Name:   Damaris Soto

Title:   Credit Counselor