United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15469-pmm |
| Richard Wolfinger-Rosenthal | Chapter 13 |
| Elliot Rosenthal | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 26, 2024 | Form ID: 138OBJ | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Wolfinger-Rosenthal, Elliot Rosenthal, 83 Gridiron Road, Levittown, PA 19057-3809 |
| 14385467 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 27 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2024 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14382637 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:25:30 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 14382636 | + | Email/PDF: bncnotices@becket-lee.com | Sep 27 2024 00:26:39 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14382638 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 27 2024 00:20:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14382639 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 27 2024 00:20:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14391609 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2024 00:19:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14382640 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:44:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14382641 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:26:38 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14401586 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2024 00:43:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14410998 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2024 00:26:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14419336 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:26:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14382644 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:54:54 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14382645 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 138OBJ | Total Noticed: 71 |

|  |  |  |  |
|---|---|---|---|
|  |  | Sep 27 2024 00:43:20 | Citibank/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14382647 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:20:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14382646 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:20:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14382649 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:20:00 | Comenity Capital/Gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 14382648 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:20:00 | Comenity Capital/Gamestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14382650 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2024 00:25:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14382651 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2024 00:26:40 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14382653 | Email/Text: BNSFS@capitalsvcs.com | Sep 27 2024 00:19:00 | First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14382652 | Email/Text: BNSFS@capitalsvcs.com | Sep 27 2024 00:20:00 | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117 |
| 14414972 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 27 2024 00:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14382642 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2024 00:43:51 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14382643 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2024 00:44:05 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14393999 | + Email/Text: RASEBN@raslg.com | Sep 27 2024 00:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14394721 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 27 2024 00:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14382655 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2024 00:19:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14382654 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2024 00:19:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14415815 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:43:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14382657 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 27 2024 00:20:00 | Marcus by Goldman Sachs, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14382656 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 27 2024 00:20:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14382658 | + Email/Text: bankruptcy@marinerfinance.com | Sep 27 2024 00:20:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14382659 | + Email/Text: bankruptcy@marinerfinance.com | Sep 27 2024 00:20:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14382661 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2024 00:43:51 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14382660 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2024 00:25:58 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14382663 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2024 00:20:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14382662 | + Email/Text: nsm_bk_notices@mrcooper.com |  |  |

District/off: 0313-2                          User: admin                                    Page 3 of 5

Date Rcvd: Sep 26, 2024                       Form ID: 138OBJ                                Total Noticed: 71

| | | Sep 27 2024 00:20:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
|---|---|---|---|
| 14385204 | ^ MEBN | Sep 27 2024 00:00:38 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14407863 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2024 00:20:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14414441 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:44:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14415434 | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2024 00:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14382664 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:54:54 | Syncb/Jewerly TV, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14382665 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:25:23 | Syncb/Jewerly TV, Po Box 965036, Orlando, FL 32896-5036 |
| 14382667 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:43:51 | Syncb/PLCC, Po Box 965024, Orlando, FL 32896-5024 |
| 14382666 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:30 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14417674 | ^ MEBN | Sep 27 2024 00:00:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14382741 | ^ MEBN | Sep 27 2024 00:00:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14382668 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:43:59 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14382669 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:01 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14382670 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14382671 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:30 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14382673 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:30 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14382672 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:02 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14382675 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:25:24 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 14382674 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:54:49 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14382677 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:25:25 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14382676 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:46 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14382678 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:05 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14382679 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:44:23 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 14382680 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:25:37 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 138OBJ | Total Noticed: 71 |

| 14382681 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:02 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
|---|---|---|---|
| 14382682 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:32 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14382683 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:25:23 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14382684 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 27 2024 00:26:30 | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 14382685 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 27 2024 00:43:53 | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14382686 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 27 2024 00:26:40 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14382687 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 27 2024 00:43:30 | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14411017 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 27 2024 00:26:39 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 69

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14416469 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14710292 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                          User: admin                                    Page 5 of 5

Date Rcvd: Sep 26, 2024                        Form ID: 138OBJ                            Total Noticed: 71

PAUL H. YOUNG

      on behalf of Debtor Richard Wolfinger-Rosenthal support@ymalaw.com
      ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
      ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

      on behalf of Joint Debtor Elliot Rosenthal support@ymalaw.com
      ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
      ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138OBJ* (6/24)–doc 53 – 49

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
    Richard Wolfinger–Rosenthal          )          Case No. 19–15469–pmm
                                        )
                                        )
    Elliot Rosenthal                    )          Chapter: 13
                                        )
    Debtor(s).                          )


## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:


    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.


    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may enter the Order of Discharge.



Date: September 26, 2024                                    For The Court

                                                  Timothy B. McGrath
                                                Clerk of Court